No. 3004. PADILLA, APELANTE, *v*. ASAMBLEA MUNICIPAL DE ARROYO, APELADA.—C. de D. de Guayama. *Certiorari*. R. jun. 18, 1923. Sosteniéndose esta resolución por los fundamentos del caso de *Rodríguez* v. *Asamblea Municipal de Guánica*, 31 D. P. R. 493, se confirma la sentencia apelada.

No. 2094. EL PUEBLO, APELADO, *v*. MARTÍNEZ, APELANTE.—C. de D. de Ponce. Infracción del artículo 553 del Código Penal. R. jun. 25, 1923. No siendo los hechos que se probaron, constitutivos del delito denunciado, se revoca la sentencia apelada y absuelve al acusado.

No. 3090. GARCÍA, SEPÚLVEDA ET AL., APELANTES, *v*. GARCÍA DÍAZ ET AL., APELADOS.—C. de D. de Ponce. Nulidad de sentencia y otros extremos. R. jun. 26, 1923. Desestimada a instancia del apelado porque después de eliminado el récord taquigráfico en diciembre 14, 1922, no se ha archivado ningún otro récord o exposición ni radicado los autos en esta corte.

No. 3051. JORGE, APELADA *v*. CLAUDIO, APELANTE.—C. de D. de San Juan, Distrito Segundo. Daños y perjuicios. R. jul. 9, 1923. Desestimado el recurso a instancia de la apelada por no haber cumplido el apelante con la regla No. 42 del Reglamento del Tribunal.

No. 3099. AGUAYO, APELADO, *v*. VÁZQUEZ, APELANTE.—C. de D. de Guayama. R. jul. 16, 1923. Desestimado el recurso a instancia del apelado por no haber el apelante presentado la exposición del caso y pliego de excepciones, sin haber solicitado prórroga.

No. 3104. GUZMÁN, APELADO, *v*. ORELLANA, APELANTE.—Cobro de dinero. C. de D. de Humacao. R. jul. 19, 1923. Desestimado el recurso a instancia del apelado por no haber el apelante presentado en tiempo la exposición del caso, ni la transcripción de autos.